UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:12-CR-732 |
| EARLIE DICKERSON (2) EDWARD GRAHAM (4) | § § § | |
| Defendants. | | |

## ORDER

The parties shall withdraw from the Clerk their trial exhibits and shall maintain them for purposes of appeal.

It is so Ordered.

SIGNED on this 11th day of October, 2013.

_____
Kenneth M. Hoyt
United States District Judge